**Original filed 5/1/06**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SONNY RAY HARDAWAY, ) | | No. C 06-1974 JF (PR) |
| Plaintiff, ) | | ORDER OF DISMISSAL |
| vs. ) | | |
| OAKLAND TRIBUNE, et al., ) | | |
| Defendants. ) | | (Docket No. 2) |

On March 15, 2006, Plaintiff filed this pro se civil rights complaint pursuant to 42 U.S.C. § 1983 and an application for leave to proceed in forma pauperis. On that same day the Court sent a notification to Plaintiff that his in forma pauperis application was incomplete because he failed to submit a certificate of funds from his prisoner account and a trust account statement showing transactions for the prior six months. The Court provided a copy of the correct form for application to proceed in forma pauperis, along with a return envelope, instructions, and a notification that the case would be dismissed if Plaintiff failed to pay the fee or file the supporting documentation within thirty days. Plaintiff has not responded.

///

Order of Dismissal
P:\pro-se\sj.jf\cr.06\Hardaway974disifp                1

1  Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee or
2  file a completed in forma pauperis application. Plaintiff's motion to proceed in forma
3  pauperis (docket no. 2) is DENIED as moot. No filing fee is due. The Clerk shall
4  terminate all pending motions and close the file.
5      IT IS SO ORDERED.
6  DATED: 5/1/06  _____
                   JEREMY FOGEL
7                  United States District Judge

Order of Dismissal
P:\pro-se\sj.jf\cr.06\Hardaway974disifp        2

1  This is to certify that a copy of this ruling was mailed to the following:

2

3  Sonny Ray Hardaway
P-45579/ B2-232-L
Kern Valley State Prison
4  P.O. Box 5102
Delano, CA  93216

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Dismissal
P:\pro-se\sj.jf\cr.06\Hardaway974disifp        3